## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

April 17, 2026

| | | |
|---|---|---|
| GAURAV KUMAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00796-JD |
| | ) | |
| SCARLET GRANT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER:**

Petitioner filed a petition for writ of habeas corpus on April 14, 2026. [Doc. No. 1]. Under Local Civil Rule 3.2, if the initiating party intends to proceed in forma pauperis, an application to do so must be submitted at the time the petition is filed; otherwise, the filing fee must be paid in full within three business days, or the matter may be subject to dismissal without prejudice.

Petitioner did not pay the $5.00 filing fee required to initiate this action for writ of habeas corpus or, alternatively, did not file an application to proceed in forma pauperis. The Court therefore ORDERS Petitioner to cure this deficiency by **April 21, 2026**, by either (1) paying the $5.00 filing fee or (2) submitting an in forma pauperis application. If Petitioner fails to timely comply with this Order, the Court will dismiss this action without prejudice. *See* LCvR3.2(b).

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:___ */s/ Carol Ditta*_____
        Deputy Clerk