## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: May 1, 2026

| | |
|---|---|
| GAURAV KUMAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-26-00796-JD |
| ) | |
| SCARLET GRANT, et al., ) | |
| ) | |
| Respondents. ) | |

**ENTER ORDER:**

The Court STRIKES Petitioner's Motion to Seek Relief from Local Counsel Association Under Local Civil Rule 83.3(c) [Doc. No. 6], due to counsel's failure to comply with this Court's Order. The motion was due April 24, 2026. *See* Order, Doc. No. 4. Petitioner shall seek leave to file the motion out of time **on or before May 5, 2026**. The Court warns Petitioner that failure to timely comply will result in the dismissal for failure to follow court orders and deadlines.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK


By:   /s/Carol Ditta
                    Deputy Clerk