## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: August 11, 2026

| | | |
|---|---|---|
| GAURAV KUMAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00796-JD |
| | ) | |
| MARK SIEGEL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER:**

The Court is in receipt of Respondents' Response to Order to Show Cause indicating that Petitioner should be released no later than 6:00 p.m. CST on August 11, 2026. *See* [Doc. No. 22]. The Court DIRECTS Respondents to supplement their response with information or proof that Petitioner was released by **August 13, 2026**.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:    /s/ Carol Ditta
            Deputy Clerk