**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

Date: August 12, 2026

| | | |
|---|---|---|
| GAURAV KUMAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00796-JD |
| | ) | |
| MARK SIEGEL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ENTER ORDER:</u>**

In light of the Respondents' Notice of Release [Doc. No. 24], Petitioner's Motion to Seek Immediate Release of the Petitioner [Doc. No. 20] is DENIED as moot.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK


By:   /s/Carol Ditta
          Deputy Clerk